Opinion issued June 9,
2011


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of Appeals

For The

First District of Texas

————————————

NO.
01-11-00195-CV

———————————

John kennedy,
Appellant

V.

mk petroleum inc.,
Appellee



 



 

On Appeal from the County
Civil Court at Law Number Three

Harris County, Texas



Trial Court Case No. 982248

 



 

MEMORANDUM
OPINION

Appellant John Kennedy filed this appeal from a
final judgment of a county civil court of law in an eviction suit where the
premises in question are not alleged to be used solely for residential
purposes. It therefore appears that this Court lacks jurisdiction over this
appeal pursuant to Section 24.007 of the Property Code. Tex. Prop. Code Ann. § 24.007 (West 2000). The Court sent
notice to the parties and permitted them until May 12, 2011 to file a response
demonstrating this Court’s jurisdiction over this appeal. Neither party filed a
response attempting to establish jurisdiction. 


We therefore dismiss this appeal for lack of jurisdiction. See Tex.
R. App. P. 42.3(a). Appellant’s motion to stay is denied as moot.

Per Curium

Panel
consists of Chief Justice Radack and Justices Sharp and Brown.